UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
QI FEI CHEN, individually and on behalf of                       case no. 18-cv-02949 (ER)
All other Employees similarly situated,

                                    Plaintiff,              **DEFAULT JUDGMENT**

            -against-

708 KAM LAI INC., JIAN ZHEN YAN and
"John Doe" and "Jane Doe" (principal owners of
708 KAM LAI INC., names unknown at date of complaint),
and ABC Corp. (fictitious name)

                                    Defendants.
------------------------------------------------------------------------X

        This action having been commenced on April 4, 2018 by the filing of the Summons and

Complaint, and a copy of the Summons and Complaint having been served on the defendant,

JIAN HEN YAN by serving a person of suitable age and discretion at his place of employment

on April 20, 2018 and on defendant, 708 Kam Lai Inc. by serving a general agent of said

corporate defendant at the corporation's business address on April 20, 2018, and proofs of

service having been filed on April 27, 2018 and the attorney who originally appeared for the

defendants having been granted permission to withdraw by order of Hon. Judge Ramos dated

September 6, 2018 and in the same order granting the defendants 30 days to retain new counsel

and said thirty day period having expired and neither of the defendants having retained new

counsel nor has the individual defendant, JIAN ZHEN YAN filed a pro se notice of appearance,

it is

        ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against

defendants 708 Kam Lai Inc. and Jian Zhen Yan in the liquidated amount of $185,968.24 with

interest at .09 % from October 6, 2018 amounting to $5,500.00 plus costs and disbursements of this action in the amount of $400.00.

Dated: New York, New York

3/27/2019

_____
U.S.D.J.

This document was entered on the docket
on _____.