UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QI FEI CHEN, *individually and on behalf of all other employees similarly situated*,

                Plaintiff,

– against –

708 KAM LAI INC. *et al.*,

                Defendants.

**ORDER**

18 Civ. 2949 (ER)

RAMOS, D.J.

      On April 3, 2018, Plaintiff filed the instant suit. Doc. 1. On March 27, 2019, default judgment was issued against Defendants 708 Kam Lai Inc. and Jian Zhen Yan. Doc. 36. On August 7, 2019, the Court (Rakoff, J.) denied a request by a non-party to enjoin Plaintiff from levying or selling any interest in property located at 706-708 Amsterdam Avenue, New York, NY that did not belong to 708 Kam Lai Inc. or Jian Zhen Yan. Doc. 39. Since then, there has been no activity in this matter. Accordingly, the Clerk of Court is respectfully directed to close this case.

Dated:    April 14, 2021
            New York, New York

                                                EDGARDO RAMOS, U.S.D.J.